SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
dtabacopoulos@seyfarth.com
Daniel J. Fazio (SBN 243475)
dfazio@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
WALGREEN CO.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | |
|---|---|
| DAIMYO CHEN, an individual<br><br>              Plaintiff,<br><br>     vs.<br><br>WALGREEN CO., an entity of unknown origin and DOES 1 through 25, inclusive,<br><br>              Defendants, | Case No.: C06-07435 (RMW)(HRL)<br><br>**STIPULATION RE EXTENSION OF TIME FOR MEDIATION; [] ORDER** |

WHEREAS the Court has previously ordered the parties to complete mediation no later than May 30, 2007;

Whereas the parties have attempted in good faith to schedule a mediation before May 30;

Whereas these attempts have been thwarted by the parties' conflicting schedules;

Whereas the previously-scheduled travels of Walgreen's attorneys preclude mediation during June 2007;

Whereas the parties are actively involved in informal settlement discussions;

Whereas the parties are in the early stages of discovery and believe a formal mediation will be more appropriate after further discovery is taken and analyzed;

STIPULATION RE: EXTENSION OF TIME FOR MEDIATION
Case No. C06-07435 (RMW) (HRL)                                                                                                1

LA1 6633707.1

1  Whereas the parties do not anticipate the need to continue the scheduled trial date of
2  November 6, 2007; and
3  Whereas a copy of this stipulation has been served upon the mediator and the ADR Unit in
4  accordance with ADR L.R. 6-5,

6  **IT IS HEREBY STIPULATED**, by and between the parties hereto, through their
7  respective counsel, that Plaintiff DAIMYO CHEN and Defendant WALGREEN CO. agree to an
8  extension of time to complete mediation from May 30, 2007 until July 20, 2007.

10  Dated: May  9 , 2007

11  By: _____/s/ Diana Tabacopoulos_____
    SEYFARTH SHAW LLP
12  Diana Tabacopoulos
    Attorneys for Defendant
13  WALGREEN CO.

15  Dated: May  9 , 2007

16  By: _____/s/ Charles Correia_____
    UNITED EMPLOYEES LAW GROUP, P.C.
17  Charles Correia
    Attorneys for Plaintiff
18  DAIMYO CHEN

20  **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**
21  /s/ Diana Tabacopoulos

23  **ORDER**

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated: June 6, 2007

26  By: *Ronald M. Whyte*
    UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: EXTENSION OF TIME FOR MEDIATION
Case No. C06-07435 (RMW) (HRL)                                                2

LA1 6633707.1