1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  dtabacopoulos@seyfarth.com
   Daniel J. Fazio (SBN 243475)
3  dfazio@seyfarth.com
   2029 Century Park East, Suite 3300
4  Los Angeles, CA 90067
   Telephone:   (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendant
   WALGREEN CO.
7

8                    UNITED STATES DISTRICT COURT
9
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION          *E-FILED - 8/20/07*
11

12
   DAIMYO CHEN, an individual                Case No.: C06-07435 (RMW)(HRL)
13
                  Plaintiff,                 STIPULATION RE EXTENSION
14                                           OF TIME FOR MEDIATION;
       vs.                                   [PROPOSED] ORDER
15
   WALGREEN CO., an entity of unknown origin
16 and DOES 1 through 25, inclusive,

17                Defendants,

18
       WHEREAS the Court has previously ordered the parties to complete mediation no later
19
   than July 20, 2007;
20
       Whereas the parties have attempted in good faith to schedule a mediation before July 20;
21
       Whereas these attempts have been thwarted by the parties' conflicting schedules;
22
       Whereas the parties and the assigned mediator have scheduled the mediation for August 1,
23
   2007;
24
       Whereas the parties do not anticipate the need to continue the scheduled trial date of
25
   November 6, 2007; and
26
       Whereas a copy of this stipulation has been served upon the mediator and the ADR Unit in
27
   accordance with ADR L.R. 6-5,
28
   STIPULATION RE: EXTENSION OF TIME FOR MEDIATION
   Case No. C06-07435 (RMW) (HRL)                                                    1

   LA1 6642582.1

1    **IT IS HEREBY STIPULATED**, by and between the parties hereto, through their
2    respective counsel, that Plaintiff DAIMYO CHEN and Defendant WALGREEN CO. agree to an
3    extension of time to complete mediation from July 20, 2007 until August 2, 2007.

4

5    Dated: July 2, 2007

6                                        By:    /s/ Daniel J. Fazio
                                                SEYFARTH SHAW LLP
7                                               Daniel J. Fazio
                                                Attorneys for Defendant
8                                               WALGREEN CO.

9

10   Dated: June 30, 2007

11                                       By:    /s/ Charles Correia
                                                UNITED EMPLOYEES LAW GROUP, P.C.
12                                              Charles Correia
                                                Attorneys for Plaintiff
13                                              DAIMYO CHEN

14

15   **I hereby attest that I have on file all holograph signatures for any signatures
     indicated by a "conformed" signature (/S/) within this efiled document.**
16   /s/ Daniel J. Fazio

17

18                                       **ORDER**

19        PURSUANT TO STIPULATION, IT IS SO ORDERED.

20   Dated: ~~July~~ 20, 2007
                                         By:    *Ronald M. Whyte*
21         Aug.                                 UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28   STIPULATION RE: EXTENSION OF TIME FOR MEDIATION
     Case No. C06-07435 (RMW) (HRL)                                                    2

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) Ss
COUNTY OF LOS ANGELES      )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On July 2, 2007, I served the within documents:

STIPULATION RE EXTENSION OF TIME FOR MEDIATION; [PROPOSED] ORDER

☐ I sent such document from facsimile machine (310) 201-5219 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Charles Correia, Esq.                       P: (562) 256-1047
United Employer's Law Group, P.C.           F: (562) 256-1006
65 Pine Avenue, Suite 312
Long Beach, CA  90802
                                            P: (650) 947-9199
Carol Webster Millie                        F: (650) 949-0240
Corporate Advisory Law Group
40 Main Street
Los Altos, CA  94022

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

LA1 6634259.1

1 | motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

2 |

3 | I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

4 | Executed on July 2, 2007, at Los Angeles, California.

/s/   Lora Calma
LORA CALMA