1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN: 128238)
2  Daniel J. Fazio (SBN: 243475)
   2029 Century Park East, Suite 3300
3  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219
   E-mail: dtabacopoulos@seyfarth.com
5          dfazio@seyfarth.com

6  Attorneys for Defendant
   WALGREEN CO.

*E-FILED - 10/4/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAIMYO CHEN, an individual, | Case No. C:06-CV-07435 RMW (HRL) |
| Plaintiff, | (Assigned for all purposes to the Honorable Ronald M. Whyte) |
| v. | |
| WALGREEN CO., an entity of unknown origin and DOES 1 through 25, inclusive, | **STIPULATION AND []** **ORDER OF DISMISSAL** |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties to this action and through

Plaintiff Daimyo Chen and Defendant's designated counsel that the above-captioned action be

///

///

///

///

///

1

LA1 6656962.1

1 and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 28, 2007                                    SEYFARTH SHAW LLP


                                                             By       /s/ Daniel Fazio
                                                                  Diana Tabacopoulos
                                                                  Daniel J. Fazio
                                                             Attorneys for Defendant
                                                             WALGREEN CO.

Dated: September 28, 2007                                    UNITED EMPLOYER'S LAW GROUP, P.C.


                                                             By    /s/ Bruce Davis
                                                                  Bruce Davis
                                                                  Walter Haines
                                                             Attorneys for Plaintiff
                                                             DAIMYO CHEN

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.  /s/ Daniel J. Fazio

**[] ORDER**

IT IS SO ORDERED.


DATED:  10/4/07                                              *Ronald M. Whyte*
                                                             Honorable Ronald M. Whyte

-2-

LA1 6656962.1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) Ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On October 1, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

☐ I sent such document from facsimile machine (310) 201-5219 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Charles Correia, Esq.  
United Employer's Law Group, P.C.  
65 Pine Avenue, Suite 312  
Long Beach, CA  90802  

P: (562) 256-1047  
F: (562) 256-1006  

Carol Webster Millie  
Corporate Advisory Law Group  
40 Main Street  
Los Altos, CA  94022  

P: (650) 947-9199  
F: (650) 949-0240  

United States District Court  
Northern District of California  
ADR Program  
450 Golden Gate Avenue, 16th Floor  
San Francisco, CA 94102  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

-3-

LA1 6656962.1

1  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
2  meter date is more than on day after the date of deposit for mailing in affidavit.

3       I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

4

5       Executed on October 1, 2007, at Los Angeles, California.

6                                           /s/      **Lora Calma**

7                                                **LORA CALMA**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1 6656962.1